■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE FINCH, Appellant. [624 NYS2d 841] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Owens, J.), as amended May 14, 1992, convicting him

of murder in the second degree (two counts), attempted murder in the second degree (two counts), robbery in the first degree (four counts), criminal possession of a weapon in the second degree, and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment, as amended, is affirmed.

The defendant's contention that the no-adverse-inference charge deprived him of a fair trial is unpreserved for appellate review. The defendant neither requested that the Trial Judge limit his instruction to the statutory language *(see,* CPL 300.10 [2]), nor objected to the charge as given *(see, People v Autry,* 75 NY2d 836). In any event, although it was improper for the court to state that the defendant had requested the charge *(see, People v Abreu,* 74 AD2d 876, 876-877; *People v Turner,* 48 AD2d 674, 675), this error is harmless in view of the overwhelming evidence of the defendant's guilt *(see, People v Crimmins,* 36 NY2d 230, 241-242; *People v Strawder,* 54 AD2d 743). O'Brien, J. P., Lawrence, Krausman and Florio, JJ., concur.